UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:20-cv-01179-CJC-SHKx | Date: | September 14, 2021 |
|---|---|---|---|
| Title: | *Atrium Payroll Services, LLC v. PA Event Broadcasting Service, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT**

On September 14, 2021, the Court held a hearing on Plaintiff Atrium Payroll Services, LLC's ("Plaintiff") Motion to Compel Discovery Responses and Issuing Sanctions ("Motion"). Electronic Case Filing Number ("ECF No.") 20, Mot.  In the Motion, Plaintiff seeks discovery from Defendants PA Event and Broadcasting Service, Production Associates Inc. d/b/a "PA Events" and/or d/b/a "PA Event and Broadcasting Service", De Tune Company ("Defendants") and their owner, third-Party Michael Thuney (collectively, "Respondents"). Id. at 2-3.  During the hearing, the Court granted Plaintiff's Motion, but deferred its ruling with respect to sanctions.

By way of background, on August 30, 2021, the Court issued its Order Re: Response to Motion to Compel Discovery Responses And Issuing Sanctions (ECF No. 20) ("Order").  ECF No. 21, Order.  In the Order, the Court ordered Respondents to file a written response to Plaintiff's Motion by September 10, 2021.  Plaintiff was ordered to serve a copy of the Court's Order on Respondent by August 31, 2021 and file a proof of service of such by September 1, 2021.  Id.  Furthermore, the Court noticed its hearing for September 14, 2021 at 11:00 a.m. and the Zoom link was provided for video access.  Id.

On August 31, 2021, Plaintiff filed a proof of service ("POS") which reflected that service was made on August 30, 2021 by email and on August 31, 2021 by FedEx Overnight mail.  See ECF No. 22, POS.

To date, Respondents have failed to file a written response as previously ordered and have failed to appear at the September 14, 2021 hearing as scheduled.  Therefore, Respondents are hereby **ORDERED TO SHOW CAUSE by October 1, 2021,** why Respondents should not be held in civil contempt of Court for failing to obey the Court's order requiring them to comply

with their obligation to submit a response to Plaintiff's Motion and for failing to appear at the Court's September 14, 2021 hearing.  **Respondents are warned that failure to respond or ignore this Court's order may result in a recommendation to the District Judge for the granting Plaintiff's request for sanctions.**

Furthermore, Plaintiff is **ORDERED** to serve a copy of this order on Respondents no later than **September 21, 2021** and file a proof of service of such by **September 23, 2021**.

**IT IS SO ORDERED.**